# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 19-30419
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
February 7, 2020

Lyle W. Cayce
Clerk

MICHAEL FACIANE,

Plaintiff - Appellant

v.

PETROCHEM FIELD SERVICES, INCORPORATED; STARR INDEMNITY & LIABILITY COMPANY,

Defendants - Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-899

Before WIENER, HAYNES, and COSTA, Circuit Judges..

PER CURIAM:*

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.